UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 APR 25 P 2:13
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENE B. SCHNEIDER,<br><br>Defendant. | Case No. 17-CR- 76<br><br>[18 U.S.C. § 2422(b)]<br><br>**Green Bay Division** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From on or about March 28, 2017, to on or about April 5, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**GENE B. SCHNEIDER,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce a person who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, sexual contact and sexual intercourse in violation of Wisconsin Statute 948.02(2) (second-degree sexual assault of a child).

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE NOTICE

Upon conviction of the charge in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including, but not limited to, the following:

1. Any other equipment, instrumentalities, and items used or intended to be used in the transportation, shipment, production, receiving, distribution, or possession of child pornography.

A TRUE BILL:

███████████████████
FOREPERSON

Dated: 04/25/2017

_____
GREGORY J. HAANSTAD
United States Attorney