WCG

U.S. Department of Justice
United States Marshals Service



U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

# DETAINER
## AGAINST UNSENTENCED PRISONER
### BASED ON FEDERAL ARREST WARRANT

2017 MAY -2  A 9:43

STEPHEN C. DRIES
CLERK

United States Marshal
Eastern District of Wisconsin
*(District)*

125 S Jefferson Street
Green Bay, WI 54301
(920)884-8256

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Langlade County Jail
840 Clermont Street
Antigo, WI 54409
phone (715) 627-6411
Fax (715) 627-6432

DATE: 4/28/17
SUBJECT: Gene B Schneider
AKA:
DOB/SSN: ▆▆/65
REF. # 17CR76
USMS #:
CR #:

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

> Enticement of Person not yet age of 18 to engage in Sexual Activity

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at  920-884-2082  AND (414) 297-3300
*FAX No.*

| RECEIPT | |
|---|---|
| Date: | 4-28-17 |
| Signed: | Ashley Ren____ |
| By: | Langlade Co. Jail |
| Title: | Corrections Officer |

Very truly yours,

Kevin A Carr
U.S. Marshal

Requested by: Kristina Haven, Deputy US Marshal

*Kristina M Han____*

Form USM-16A
Rev. 012/06