# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><u>GENE B. SCHNEIDER</u><br>*Defendant* | )<br>)<br>) Case No.: 17-CR-76<br>)<br>) |

U.S. District Court
Wisconsin Eastern

**MAY 3 0 2017**

FILED
Stephen C. Dries, Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gene B. Schneider
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Enticement of Person Not Yet Age 18 to Engage in Sexual Activity

JON W. SANFILIPPO, Clerk, U.S. District Court

Date: April 26, 2017

s/ Cheryl A. Veazie, Deputy Clerk
*Signature of Deputy Clerk*

City and state:  Green Bay, Wisconsin

### Return

This warrant was received on *(date)* 4/26/17, and the person was arrested on 5/11/17
at *(city and state)* Antigo, WI.

Date: 5/11/17

*Arresting officer's signature*

Kristian M. Haven, Deputy US Marshal
*Printed name and title*