UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GENE B. SCHNEIDER,

        Defendant.

Case No. 17-CR-76

[18 U.S.C. § 2251(a)]

Green Bay Division

---

## INFORMATION

---

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2016, in the State and Western and Eastern Districts of Wisconsin and elsewhere,

**GENE B. SCHNEIDER**

knowingly employed, used, persuaded, induced, enticed or coerced known Minor Female A to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: a visual depiction of known Minor Female A engaged in the lascivious exhibition of her genitals, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

_6/30/17_
Date

GREGORY J. HAANSTAD
United States Attorney