Dear Judge William Griesbach,

I am not very good at putting stuff into words or writing. I am taking responsibility for the crimes I have done. I know I was wrong for doing them. I have taken this time in jail to try to figure out why I would do these things. I don't have all the answers but I do know that I started chatting with girls online because I was looking for someone to be with.

I felt isolated from people. Some of it was because of what happened to me when I was younger and some of it was because of my previous felony's I have and for doing time in prison. So many people that I met didn't want anything to do with me because I am a convicted felon and spent a long time in prison. When I tried to find a female to be with that was older to date, they would find out that I was in prison because they would ask me about my past. I would tell them and then 95% of the ladies I tried to date wouldn't want to be with me. I didn't even have a lot of male friends because when they learned I was in prison, they didn't want to be friends with me either.

I was sexually abused between the ages of 12 -15 years old by a male relative of mine. I have never gotten any help with this problem and really never talked about it a lot. To this day I have problems making a connection with people who are not my parents or brothers or sister. I find it hard to be able to trust people of the same sex because of what happened to me. I know there is no excuse for the things I have done to anyone, especially the girls under the age of 18 years. But I do think that speaking about what happened to me may help me so I don't do anything like this in the future.

I am very concerned about my family members for what I have done because it has shamed them. I am worried that my mom and dad won't be alive when it gets time for me to be released from federal prison. My parents, brothers, and sister are having a hard time with what I have done and the shame that I have brought upon my family because of it. Even with a 15 year sentence, I will over 65 years old and my parents will be in their 90s. My two older brothers will be retired and I hope they and my sister will all still be alive too. That is my biggest fear for when I get out, that I won't have any family member left and I will be all alone.

I have found out the hard way that being a convicted felon means you are left out in the cold when it comes to meeting people and keeping them in your life. Men and women don't want to be your friends. I have a hard time trying to talk to women and that is why I started using the internet and dating websites to speak with them. And I started speaking to younger and younger girls.

There is no excuse for what I did, for breaking the law and hurting my family and those girls I spoke to and asked for their pictures. I hope that they can someday find it in there hear that they may be able to forgive me for what I have done to them but if they can't I will totally understand why.

Sincerely yours,

Gene Schneider

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P. O. Box 22490
Green Bay, Wisconsin 54305-2370

  Re: United States v. Gene B. Schneider
      Case No. 17-CR-76

Dear Honorable Judge Griesbach:

My name is June Schneider, mother of Gene Schneider. I am retired with a part-time job (now only as a sub for vacations) I love my son very much.

Gene is Considerate and helpful.

We have a family and friends camp out at our home. Gene helps with setting up of the tents, tables, shelters. He helps prepare the food along with me.

Gene loves to cook:

He will prepare the meal himself or help me with the supper.

Gene is a listener:

When I need someone to talk to, he is willing to listen and we watch TV together when his Dad is playing cards.

I believe 15 years is a harsh sentence, but I am his Mother. I am sadden and shocked and do not know the reasoning of why he would of done this internet crime.

I know everyone needs to be accountable for breaking the law, punish for their wrong doings. We do need laws to protect everyone in our society.

A Judge has a difficult job. He has to make decisions and decide what sentence he must give to the guilty person who broke the law .

I, myself could not do it.

Gene has lost his job which he enjoyed going to. Also he liked his co-workers. Gene is

Stressed out over what happened and how it has effected the family. He feels bad that he has brought shame to the family.

I appreciate you taking the time to read my letter regarding my son. Thank you.

June Schneider


Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay Wisconsin 53305-2370

RE: United States v. Gene B. Schneider
Case No. 17-CR-76

Honorable Judge Griesbach

My name is Albert Schneider and father to Gene. I have been retired since 2003. I love my son.

He is considerate.

I am sadden and shocked as to the reason why he done this crime. A judge has a difficult job. He has to make decisions and decide what to do for a sentence.

Gene is stressed out. Gene needs to get help. He feels bad that he have brought shame to the family.

Thank you.

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, Wisconsin. 54305-2370

    RE: United States v. Gene B. Schneider
    Case No. 17-CR-76

Dear Honorable Judge Griesbach:
my name is Robert Schneider and Gene B. Schneider is my brother and i am a factury worker working four Company called Trienda been there four ninteen years now.

my brother likes ot visit me. and i Live along and when my brother visits me he stays the week-end

We enjoy going to movies together and camping, fishing.

I no that Gene broke the law and that he has to pay four it. and that we need to protect the peppole. But could you please consider that he has been doing good.

My name is Robert Schneider





Honorable William C Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 24490
Green Bay, WI. 54305

RE: United States v Gene B. Schneider
Case No. 17-CR-76

Dear Honorable Judge Griesbach:

My name is Veronica Gunderson, I am Gene's sister.

A son, a brother, a cousin, an uncle, and a friend that is who the real Gene Schneider is. He is a caring and heartfelt man who brings better into this world by helping people who need him. He takes great care of his family and friends and is willing to do the impossible for them.

In moments of a relationship he is there for people. Him being on our lives makes better in this world. Because of his knowledge given to his family & friend's, they know not to settle for less than their worth. We know he keeps us going even when you want to give up. He reminds people that there is good in this world of bad.

Gene Schneider is a caring and respectable guy who isn't afraid to be there for the people he cares about. His generous mindset shows the world the true meaning of a loyal person. He doesn't try to hurt someone, he only tries to help them in their time of need. Many times I have came to my older brother for variety of reasons and he is always there to help me.

The love that my brother gives to myself and others around him makes me feel very blessed having him in my life.

Thank you for your time reading my letter, it is much appreciated.

Respectfully,

Veronica Gunderson

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P. O. Box 22490
Green Bay, Wisconsin 54305-2370

      RE:    *United States v. Gene B. Schneider*
               Case No. 17-CR-76

Dear Honorable Judge Griesbach:

I am Jason A. Schneider. I am the nephew of Gene. I work for HSG/Codeblue as an invoicing administrator processing invoices from glass shops for auto glass claims. I have become acquainted with Gene through family gatherings over the years as his nephew.

Gene is a very considerate person. Last year during our family Christmas gathering at Christmas Mountain and at our family camping gathering Gene was always helping out with the cooking, cleaning up, going to get more ice, and any other thing that might need to be done. He would ask everyone if they needed anything or would like something and he would get it for them.

Gene is also a very generous person. Gene gave to my two sons some antique/classic items that he still had from his childhood that he cherished. Gene would also share his own food/drinks that he bought for himself during our family gatherings and by sharing I mean that he would initiate it by going to the individual and asking that person face to face if they would like to have some.

I do understand that it is difficult job for a Judge at sentencing. I also understand that it is not solely the purpose in sentencing to decide what is best for Gene but that there is a public protection component of any criminal justice sentencing. I also understand that punishment for wrong doing is not only appropriate, but necessary in a civil society for it to function properly. I am and will be praying for you Honorable Judge Griesbach that you will have knowledge, wisdom, and discernment from the Lord Jesus Christ to make the appropriate sentencing decision. Thank you Honorable Judge Griesbach for considering my letter.

Sincerely yours,

Jason A. Schneider

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, Wisconsin 54305-2370

RE: United States v. Gene B. Schneider
Case No. 17-CR-76

Dear Honorable Judge Griesbach:

My name is Mary Baller, I am a wife, mother and grandmother.
I am retired.
Gene is my nephew.

Gene likes to camp:
We have property where friends and family get together and visit. They bring there campers and tents. We play yard games and cards.
Gene always enjoy getting together with family and friends and liked to get in on the conversation and playing cards.

Gene is also helpful:
He helped my son with redoing his basement walls when his basement got flooded. He also helped my son on a shed that he built. He is always willing to help when he is asked.

I understand that everybody must follow the law and should be punished for breaking our laws. We make laws to protect the people of our country.

I am hoping the sentence will be less.

I know a Judge has a difficult job deciding on a sentencing for a person doing wrong.

Thank you for reading my letter.

Mary Basler

Honorable William C. Griesbach
United States District Judge
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, Wisconsin 54305-2370

RE   United States vs. Gene
                        Schneider
Case No 17-CR-76

Dear Honorable Judge Griesbach

My name is Dawn Schumann. Gene Schneider is my longtime friend. I have known Gene since Grade School. Over 30 yrs. I am currently working in the Oregon School District.

Gene has always been loving and protective. For me growing up he always treated me like a sister. He never once made me feel like it didn't have a different family. He would pick on me, have fun and protect me like it was of his blood. He alway would greet me with a smile and a hug. Still that way to this day. And if anyone would bully me, Gene was the first to

defend me. He has always been a protective brother to me.

I know that Gene has done wrong. I do feel that when a person commits a crime, they should be punishable by law. But, please Honorable William Griesbach, please follow your christian heart and judge him fairly. Please follow your gut and know what the right amount of time.

Thank you for doing the hard job. With this I would imgane comes lots of stress. Thank you for considering my letter and all of us who love Gene

Sincerly
Dawn Sch——

Dawn Schumann